MALOLEPSZY *v.* CITY OF DETROIT.

This case is controlled by *Linski* v. *City of Detroit, ante*, 385.

Appeal from Wayne; Collingwood (Charles B.), J., presiding. Submitted June 21, 1932. (Docket No. 89, Calendar No. 36,503.) Decided October 3, 1932.

Bill by John Malolepszy against City of Detroit, a municipal corporation, to set aside special assessments for street improvement purposes. Decree for plaintiff. Defendant appeals. Affirmed.

*Frank C. Cook* and *John P. O'Hara* (*John Conway Cook*, of counsel), for plaintiff.

*Walter Barlow* and *Arthur F. Lederle* (*Clarence E. Wilcox*, of counsel), for defendant.

BUTZEL, J. This is a companion case to *Linski* v. *City of Detroit*, and is controlled by the decision in that case reported *ante*, 385.

The decree is affirmed, with costs to the plaintiff.

CLARK, C. J., and McDONALD, POTTER, SHARPE, NORTH, FEAD, and WIEST, JJ., concurred.

